**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT SCOTT,  : No. 394 MAL 2014
:
Petitioner  :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v.  :
:
:
:
WORKERS' COMPENSATION APPEAL  :
BOARD (AMES TRUE TEMPER, INC.),  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.